# EXHIBIT A

CIVIL ACTION NO. 19-A-03807-10         [ ] MAGISTRATE [ ] STATE [✓] SUPERIOR - COURT
                                        GWINNETT COUNTY, GEORGIA
DATE FILED  4/23/19

ATTORNEY OR PLAINTIFF(s), ADDRESS & TELEPHONE NUMBER

Paul A. Palmer Jr.                      Paul A. Palmer Jr.
6555 Sugarloaf Pkwy Ste-307  PLAINTIFF(S)
Duluth, GA. 30097                vs.    CVS Pharmacy
Tel: 470-292-7313                       CT Corporation
                                        DEFENDANT(S)

NAME, ADDRESS & TELEPHONE # OF PARTY TO BE SERVED

CT Corporation
289 S. Culvert St.                      GARNISHEE
Lawerenceville, GA. 30046
Tel: 404-656-2817                       Other attached documents to be served: Summons &
                                        Complaint.

**SHERIFF'S ENTRY OF SERVICE**

I HAVE THIS DAY SERVED THE WITHIN ACTION AND SUMMONS AS FOLLOWS:

[ ] **PERSONAL**  Upon the following named defendant:

[ ] **NOTORIOUS** Upon defendant
By leaving a copy of the action and summons at the most notorious place of abode in the county.
Delivered the same to _____ described as follows: approximate age
___ yrs; approximate weight ___ pounds; approximate height ___ feet and ___ inches, domiciled at residence of the defendant.

[✓] **CORPORATION** Upon corporation  CVS Pharmacy
By serving  CT Corporation  , in charge of the office and place of business of the corporation in this county.
By serving  CT Corporation  , its registered agent.

[ ] **TACK & MAIL** By posting a copy of the same to the door of the premises designated in the affidavit and/or summons, and on the same day of such posting, by depositing a true copy of the same in the United States mail First Class mail, in an envelope properly addressed to the defendant(s) at the address shown in the summons, containing adequate notice to the defendant(s) to answer said summons at the place stated in the summons.

[ ] **NON EST** Did not serve because after a diligent search the defendant could not be found in the jurisdiction of the court.

This ___ 12 ___ day of _____ June _____, 20 19.

SHERIFF DOCKET _____ PAGE _____

TIME: _____ . M.                      _____ DEPUTY



## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

PAUL A PALMER JR

CIVIL ACTION
NUMBER **19-A-03807-10**

PLAINTIFF

VS.

CVS PHARMACY INC
CT CORPORATION

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of Said Court and serve upon the Plaintiff's attorney, whose name and address is:

> PAUL A PALMER JR
> 6555 SUGARLOAF PKWY
> STE 307
> DULUTH, GA 30097

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 23rd day of April, 2019.

> Richard T. Alexander, Jr.
> Clerk of Superior Court
>
> By: _[signature]_
> Deputy Clerk

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.
SC-1 Rev. 85

19A 03807-10

Paul A. Palmer Jr.          4/17/19

vs

C.V.S. Pharmacy Inc. /CT Corporation

Complaint:
Date of Accident 11/24/18
Store: Cvs 10.710 state bridge rd. Alpharetta, GA. 30022

I like to file this compleint due to the personal Injury, I have sustain while lawfully shopping at Cvs Pharmacy at the above location. It was on a saturday afternoon at 1:19 pm when I entered Cvs Pharmacy at the above location to reload a prepaid visa card. Upon entering the store the clerk present named Christopher called me to the register, the first one. I paid for my purchased and as I turned to walk out of the door an item below knee level, tripped me as I walked out the door, giving me instant pain. I'm currently disabled with herinated discs in my Cervical and Lumbar area with a lot of other issues. The store clerk Christopher, responded to me tripping and asked was I

alright, I responded I don't know. Thinking it would feel better, I left the store only to get home and realize my left knee is swollen and in severe pain. I contacted the store manager and advised him of what happened, he reviewed the surveillance camera footage and filed a claim with risk management. I was in bed not able to walk due to the swelling and chronic pain, 11/25/18 i went to the Er. and iwas referred to an orthopedic Specialist. X-rays and Mri's was ordered. Medical findings from these exams showed, I have aggravated my pre-existing conditions and I have a new injury of the knee = Bucket-handle tear of medial meniscus. Corrective Procedures were 2½ months of therapy and Arthroscopic surgery. My claim was denied by the third party insurance carrier Sedgwick, leading me to file my claim. Cvs Pharmacy inc. Policy limit is 4.5 million. I'm asking that my case be judged by a jury and my reward and compensation, I'm asking for the jury to reward me the highest amount possible, according

To the facts. My current medical bills are about $40,000 not including future Medical Expenses. I'm also asking for pain and suffering along with, mental and emotional damages caused by this horrific experience. I have basically had to learn how to walk all over again. So I'm asking the court to accept this complaint and I'm asking for a Jury verdict and settlement based on the severity of my injuries, A settlement offer of $250.00 and $500.00 was made by Cvs but I rejected both offer, because I don't think they are good faith offers.

Sincerly Yours.

Paul A. Palmarozzi.

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448



sedgwick.

Phone: (866)352-1521
Fax: 866-876-7050

February 22, 2019

Paul Palmer
6555 Sugarloaf Parkway Suite 304
Duluth, GA 30097

RE:  Our client:    Georgia CVS Pharmacy LLC
     File Number:   30181439364-0001
     Date of Loss:  11/24/2018
     Claimant:      Paul Palmer

Dear Paul Palmer:

I have received your letter dated February 3, 2019. Please note the policy limit is $4.5 Million and service may be perfected by CT Corporation.

Sedgwick manages claims on behalf of CVS Pharmacy, Inc.

Sincerely,

Katherine Cody
Claims Representative
Phone: (847)645-0698
Katherine.Cody@sedgwick.com



 2/22/2019    301814393640001    562019022223412