Paul A. Palmer Jr.
6555 Sugarloaf Pkwy Ste-307
Duluth, GA. 30097
470-292-7313
Plantiff in Pro Se

7/18/19

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 22 2019
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## In The United States District Court For Northern District of Georgia Atlanta Division

| | |
|---|---|
| Paul A. Palmer Jr., <br><br> Plantiff, <br><br> v. <br><br> CVS Pharmacy, INC. llc., <br><br> Defendant | Civil Action <br> File no. 1:19-cv-03178-EIR <br><br> Amended Complaint <br><br> Demand for Jury Trial |

Rule 15. Amended and Supplemental Pleadings. Paragraph (C) Relation Back of Amendments (C) The amendment changes the party or the naming of the party against whom

a claim is asserted,

### Jurisdiction

1. The United States District Court for The Northern District of Georgia Atlanta Division. 28 U.S. Code § 1332. The matter in controversy exceeds the sum of $75,000.

### Venue

2. I'm suing this matter in court due to negligence./Premises liability. Venue is proper pursuant to 28 USC §.1391 because Georgia CVS Pharmacy, llc. resides in the same state as Plantiff, and District Court.

### Parties

3. Plantiff (Paul A. Palmer Jr.) resides 6555 Sugarloaf Pkwy Ste-307 Duluth, GA. 30097

4. Defendant (Georgia Cvs Pharmacy inc. LLC.) resides in Georgia, Address unknown

### Statement of facts

5. Nov. 24, 2018 at 1:19pm, I was

an invitee into the CVS pharmacy Location at 10710 state Bridge rd. Alpharetta GA. 30022. Upon entering the store I was called to the register by the store clerk Chistopher, I was there to reload a greendot card. As I was exiting the store I tripped over a protruded part of the store counter, that was loose, below knee level, with an obstructed view by a gumball machine and other items that was out on display during the holiday season. This item is the end part of the counter that sticks out at the End. As I tripped over the end part of the counter hitting my left knee, store clerk Christopher asked me was I ok, he was a witness to the accident. I felt severe pain immediately in my Left leg, back and neck. I had trouble walking out the store i couldn't call the paramedics because I had my wife and kids in the car. When I arrived home my leg was swollen twice the size. that's when I called the store

and made a claim with the manager. He advised me that he reviewed the store tape and made the claim with risk management. I couldn't walk that night, but I went to the Emergency room 11/25/19, 5am to be treated for my injuries. An Xray was taken and a referral to an orthropedic surgeon. Once I seen the orthropedic surgeon He ordered a Mri, The results came back I had a bucket Handle tear (meniscus) with a mcl and lcl sprain. He referred me to physical Theraphy and made a consult for surgery. I did therapy for a month before surgery the Dr. stopped it due to Chronic pain and increase swelling. My Surgery was performed 1/25/19 at 7:30 Am he went into my knee six times making incisions -holes- to correct the problem. He advised my wife that my knee cap was crooked. On 2/18/19 I was cleared for Physical theraphy for six more

weeks. This is a new injury that was sustain, from the accident in Cvs Pharmacy. I had to basically learn how to walk all over again in theraphy. I live with swelling, chronic pain and reduced mobility. This injury has caused a strain on my life and my relationship with family and my wife.

## Claim I

1. Premises liability - the injury was caused by some type of unsafe or defective condition on someone's property.

## Request for Relief

Wherefore, The plautiff requests:

1. Compensatory damages, including general and special damages according to proof, and punitive damages due to client disregard of others
2. Any further relief which the court may deem appropriate.
3. $40,000+ medical bills, pain & suffering future medical expense, Loss of Consortium, Disfigurement, Loss of enjoyment of Life

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 22 2019

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

## Demand for Jury Trial

1. Plantiff hereby requests a jury trial on all issues raised in this complaint.

Dated: July 18, 2019

[signature] Paul A. Palmer Jr.
Paul A. Palmer Jr.
Plantiff Pro-Se

## Complaint

I have pictures to back up my claim, including the store camera video is evidence

Paul A. Palmer Jr.
6555 Sugarloaf Pkwy Ste-307
Duluth, GA. 30097

United States District Court
for the Northern District of
Georgia Atlanta Division
USD District Court Clerk
75 Ted Turner Dr. N.W Suite 2211
Atlanta, GA. 30303

CLEARED
JUL 22 2019
U.S. Marshals
Atlanta Ga

ATLANTA METRO GA
PM 10 L